FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 17 PM 4: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JULIO SERRANO** | * | CIVIL ACTION |
| v. | * | NUMBER: 01-0521 |
| U.S. DEPT. OF JUSTICE INS, NEW ORLEANS, U.S. DEPT. OF JUSTICE INS, OAKDALE, U.S. DEPT. OF JUSTICE INS, WASHINGTON, D.C. | * * * | SECTION: "R" (4) |

\* \* \*

**DEFENDANTS' RESPONSE TO PETITIONER'S RESPONSE TO DEFENDANTS' OPPOSITION FOR PARTIAL SUMMARY JUDGMENT**

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes the United States of America, Immigration and Naturalization Service (INS), and respectfully offers the following response to Petitioner's Response to Defendants' Opposition for Partial Summary Judgment:

Petitioner states "[t]he issue is whether there existed a record or transcripts to show the compliance of a due process rights during petitioner's 1993 arraingment and subsequent deportation hearing." See page 1 of Petitioner's Response to Defendants' Opposition for Partial Summary Judgment. In support of the previously made argument that no transcript exists, the Declaration of

1

Melba J. Bennett, Court Administrator for the Executive Office of Immigration Review at Oakdale, Louisiana, is attached as Exhibit 1. She states that after reviewing petitioner's record of proceedings, including the documentation and audiotape, she has determined that "there is no written transcript of the proceedings in the Court's record of proceedings." Exhibit 1, ¶5. She further states that "[t]ranscripts of immigration proceedings are created only when either an alien or the Immigration & Naturalization Service actually files an appeal of the decision made in the case by the presiding Immigration Judge." Exhibit 1, ¶6. As petitioner did not reserve his right to appeal and did not file an appeal of his immigration case, no transcription of the proceeding was made, and therefore, does not exist. Exhibit 1, ¶7.

**WHEREFORE,** for the foregoing reasons and for the reasons previously argued before this court, it is respectfully submitted that petitioner's Complaint should be dismissed with prejudice.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
KATHRYN W. BECNEL (23641)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3025

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JULIANO SERRANO** | * | |
| Plaintiff | * | Civil Action No. |
| Versus | * | 01-0521 |
| | * | Division Sect. "R" |
| U. S. Department of Justice, | * | Mag. 4 |
| Immigration and Naturalization | * | |
| Service, et al | * | |
| Defendants | * | |

## DECLARATION OF MELBA J. BENNETT

I, Melba J. Bennett, declare the following to be true and correct:

1) I am the Court Administrator for the Executive Office of Immigration Review in charge of the administration of the Immigration Court at Oakdale, Louisiana. As such, I have supervisory authority over the Immigration Court activities and records of proceedings in Oakdale. I have served in this capacity since August, 1998.

2) In such capacity, my duties are, <u>inter alia</u>, to supervise the coordination and maintenance of the records of proceedings (including the documentation and audio tape recordings) of immigration hearings conducted at the Oakdale Immigration Court.

3) I make this declaration on the basis of knowledge acquired through the performance of my official duties.

4) On or about July 13, 2001, it came to my attention that Plaintiff has requested copies of the transcript of his immigration hearing that was conducted in the Oakdale Immigration Court on June 4, 1993.

5) I reviewed the Plaintiff's record of proceedings, including the documentation and audiotape and I have determined that there is no written transcript of the proceedings in the Court's record of proceedings.

**GOVERNMENT EXHIBIT 1**

6) Transcripts of immigration proceedings are created only when either an alien or the Immigration & Naturalization Service actually files an appeal of the decision made in the case by the presiding Immigration Judge. If no appeal is taken, no transcription of the proceeding is made.

7) In the case of Plaintiff, I listened to the audiotape and do hereby verify that the Plaintiff did not reserve appeal. In addition, there is no documentation in the record of proceedings that the Plaintiff ever filed an appeal of his immigration case.

I hereby declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

Executed on this 13th day of July 2001.

Melba J. Bennett
Court Administrator
Executive Office of Immigration Review

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid, this 17th day of July, 2001.

_____
KATHRYN W. BECNEL
Assistant United States Attorney